```
ROBERT F. MILLMAN, Bar No. 062152
DOUGLAS A. WICKHAM, Bar No. 127268
KEITH A. JACOBY, Bar No. 150233
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Facsimile:  310.553.5583

Attorneys for Defendant and Counter-Claimant
CARTER BRYANT
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, Inc., a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CARTER BRYANT, an individual; and DOES 1 through 10, inclusive,<br><br>    Defendant.<br><br>CARTER BRYANT, on behalf of himself, all present and former employees of Mattel, Inc., and the general public,<br><br>    Counterclaimant,<br><br>v.<br><br>MATTEL, Inc., a Delaware Corporation,<br><br>    Counter-Defendant. | Case No. CV 04-9059 NM (RNBx)<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE NORA M. MANELLA<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT AND COUNTER-CLAIMANT CARTER BRYANT'S APPLICATION TO FILE UNDER SEAL HIS OPPOSITION TO PLAINTIFF MATTEL'S MOTION TO REMAND AND SUPPORTING DECLARATIONS<br><br>[L.R. 79-5.1]<br><br>Date: January 31, 2005<br>Time: 10:00 a.m.<br>Dept: Room 11, 312 N. Spring St.<br>      Los Angeles, 90012 |

SEND

FILED
CLERK, U.S. DISTRICT COURT
JAN -5 2005
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

RECEIVED BUT NOT FILED
DEC 22 2004
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
BY

DOCKETED ON CM
JAN -5 2005
BY         006

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, Inc., a Delaware Corporation,<br><br>               Plaintiff,<br><br>v.<br><br>CARTER BRYANT, an individual; and DOES 1 through 10, inclusive,<br><br>               Defendant.<br><br>CARTER BRYANT, on behalf of himself, all present and former employees of Mattel, Inc., and the general public,<br><br>               Counterclaimant,<br><br>v.<br><br>MATTEL, Inc., a Delaware Corporation,<br><br>               Counter-Defendant. | Case No. CV 04-9059 NM (RNBx)<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE NORA M. MANELLA<br><br>**ORDER GRANTING DEFENDANT AND COUNTER-CLAIMANT CARTER BRYANT'S APPLICATION TO FILE UNDER SEAL HIS OPPOSITION TO PLAINTIFF MATTEL'S MOTION TO REMAND AND SUPPORTING DECLARATIONS**<br><br>[L.R. 79-5.1]<br><br>Date: January 31, 2005<br>Time: 10:00 a.m.<br>Dept: Room 11, 312 N. Spring St.<br>      Los Angeles, 90012 |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067 3107
310 553 0308

1.

## ORDER

Defendant and Counter-Claimant Carter Bryant ("Defendant") submitted his Application pursuant to Local Rule 79-5.1 for an Order allowing him to file under seal his Opposition to Plaintiff Mattel's Motion to Remand and supporting declarations.

The Court being fully advised and good cause appearing therefore,

IT IS HEREBY ORDERED that the Defendant's Application is approved and the clerk of the court is directed to file under seal Defendant and Counter-Claimant Carter Bryant's Opposition to Plaintiff Mattel's Motion to Remand and the Declaration of Keith A. Jacoby filed concurrently in support thereof.

DATED: 1/4/05

HON. NORA M. MANELLA
JUDGE OF THE U.S. DISTRICT COURT

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067 3107
310 553 0308

2.